**290**

SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 127

**KUHIO EBBTIDE DEVELOPMENT, INC., Plaintiff-Appellee,**

v.

**Charles Morse BARKER, III and Janice Murdoch, Defendants-Appellants**

**and**

**John Does 1-10; Jane Does 1-10; Doe Partnerships 1-10; Doe Corporations 1-10; Doe Governmental Agencies 1-10; and Doe Entities 1-10, Defendants.**

**NO. CAAP-13-0005374**

Intermediate Court of Appeals of Hawai‘i.

DATED: Honolulu, Hawai‘i,
December 16, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 11-1-3056-12)

MEMORANDUM OPINION

Affirm.

389 P.3d 127

**JLW, Petitioner-Appellant,**

v.

**KG, Respondent-Appellee**

**NO. CAAP-15-0000647**

Intermediate Court of Appeals of Hawai‘i.

DATED: Honolulu, Hawai‘i,
December 16, 2016.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT (FC-PATERNITY NO. 12-1-0045)

MEMORANDUM OPINION

Vacated. Remanded.

389 P.3d 127

**CERTIFIED CONSTRUCTION, INC., Petitioner-Appellant,**

v.

**Collins TOMEI, as Director of the Department of Finance, County of Hawai‘i, Respondent-Appellee (CIVIL NO. 14-1-0303)**

**and**

**In the matter of Certified Construction, Inc., Petitioner-Appellant/Appellee,**

v.

**Collins Tomei, as Director of the Department of Finance, County of Hawai‘i, Respondent-Appellee/Appellant (CIVIL NO. 14-1-0200)**

**NO. CAAP-14-0001160
NO. CAAP-14-0001190**

Intermediate Court of Appeals of Hawai‘i.

December 16, 2016.

APPEALS FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT